DARWISH, APPELLANT, *v.* HARMON, APPELLEE; DARWISH ET AL., APPELLANTS.

[Cite as *Darwish v. Harmon* (1994), 69 Ohio St.3d 1203.]

(No. 93–503—Submitted March 29, 1994—Decided May 4, 1994.)

*William T. Wuliger* and *Steven D. Jones,* for appellant Anthony C. Darwish.

*Rhoa, Follen & Rawlin Co., L.P.A., Albert J. Rhoa* and *James H. Crawford,* for appellee.

*Fadel & Beyer* and *William Fadel,* for appellants George and Nadine Darwish.

The appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.